

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-6-2011

# In Re: John T. Pickering-George

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-4542

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"In Re: John T. Pickering-George " (2011). *2011 Decisions.* Paper 1998.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1998

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-071 NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-4542
_____

IN RE: JOHN T. PICKERING-GEORGE
(ADOPTED) JOHN R. DALEY, JR.,
Petitioner
_____

Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to D.V.I. Civil No. 10-cv-00079)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
December 16, 2010

Before: RENDELL, FUENTES and SMITH, Circuit Judges

(Opinion filed January 6, 2011)
_____

OPINION OF THE COURT
_____

PER CURIAM

John Pickering-George has filed a petition for a writ of mandamus in which he

complains about the "failure to docket" a civil action which he submitted to the District

Court of the Virgin Islands. For the following reasons, we will deny the petition.

Pickering-George alleges that he submitted a petition to the District Court in July

2010, but that the "court clerk's office did not respond with a civil docket number nor the

status of the case." Significantly, however, a search of the District Court's electronic

docket indicates that Pickering-George's action was filed on July 16, 2010. See

Pickering-George v. Dowdye, et al., No. 10-cv-00079. Therefore, to the extent

Pickering-George seeks an order directing the District Court clerk to docket his petition,

we will deny the mandamus petition as moot.

We recognize that, along with the complaint, Pickering George filed in the District

Court an application to proceed without prepaying fees or costs. He submitted another

such application in November 2010, along with requests for a docket number and a status

report. Although the District Court has not addressed any of Pickering-George's filings,

we are confident that it will take appropriate action in the case expeditiously.[1]

---

[1] The Clerk of this Court is directed to furnish Pickering-George with a copy of the docket report in D.V.I. Civ. No. 10-cv-00079.